NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7023

JAMES C. GILMOUR,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0086, Judge Bruce E. Kasold.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

James C. Gilmour moves without opposition for a 45-day extension of time, until August 24, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUL 1 6 2009
_____
Date

cc: Kenneth M. Carpenter, Esq.
    Claudia Burke, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORBALY
CLERK